

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2019

No. 04-19-00672-CR

**IN RE** John **CERDA**

Original Mandamus Proceeding[1]

**ORDER**

On October 2, 2019, relator filed a petition for writ of mandamus. Because this court does not have jurisdiction to address relator's complaint, the petition for writ of mandamus is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 52.8(a). We deny relator's "Request for Publication."

It is so **ORDERED** on October 16, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk

---

[1] This proceeding arises from a parole panel decision by the State of Texas Board of Pardons and Paroles.